UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENISA ANGELES, *on behalf of herself and all others similarly situated*,

                Plaintiff,

– against –

WHIMSTAY, INC.,

                Defendant.

**ORDER**

21 Civ. 5599 (ER)

Ramos, D.J.:

    Defendant Whimstay, Inc. was served with process on July 29, 2021. Doc. 5. Accordingly, its deadline to respond to the Complaint was August 19, 2021. *Id.* Plaintiff filed for a proposed Clerk's Certificate of Default on November 2, 2021. Docs. 6, 7. The Clerk's Certificate of Default was filed on November 3, 2021. Doc. 8. There has been no further activity in this case. Plaintiff is therefore instructed to move for a default judgment against Whimstay, Inc. pursuant to the Court's individual practices by January 7, 2022. Failure to do so may result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    December 13, 2021
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.